UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

**Mahalia Williams Dykes**

(Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.)

DEBTOR(S)

Address:
**7602 Huntclub Road**
**Columbia, SC 29223**

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any):
**6563**

CASE NO: **17-02843-jw**

CHAPTER 7

**STATEMENT OF CHANGE**

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends the following schedules and statements:

| | | |
|---|---|---|
| 1) | Amended Schedule I: | Amended to update income |
| 2) | Amended Schedule J: | Amended to update expenses |
| 3) | Amended Schedule D: | Amended to add creditors |
| | | Carolina Title Loans |
| | | 7118 Two Notch Road |
| | | Columbia, SC 29223 |
| | | |
| 4. | Amended Schedule E: | Amended to add creditors |
| | | Receivable Management Corporation |
| | | 1601 D Shop Road |
| | | Columbia, SC 29201 |

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Comenity
PO Box 659728
San Antonio, TX 78265

Palmetto Health
PO Box 744244
Atlanta, GA 30374

Prisma Health
PO Box 2266
Columbia, SC 29202

RentDebt Automated
2802 Opryland Drive
Nashville, SC 37214

Date: January 10, 2020

/s/ Jason T. Moss
Jason T. Moss, Esquire
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201
(803) 933-0202
 7240
District Court I.D. Number

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mahalia Williams Dykes** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **17-02843** |

☐ Check if this is an
   amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | if any |

| **2.1** | **CAROLINA TITLE LOANS** | Describe the property that secures the claim: | $5,000.00 | $6,354.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2007 LEXUS RX 350** | | | |

**7118 TWO NOTCH ROAD**
**Columbia, SC 29223**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred _____        Last 4 digits of account number _____

Debtor 1    **Mahalia Williams Dykes**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known)    **17-02843**

---

| 2.2 | **SENSIBLE AUTO LENDING** | Describe the property that secures the claim: | **$3,454.42** | **$1,000.00** | **$2,454.42** |
|---|---|---|---|---|---|

Creditor's Name

**2000 HONDA ACCORD**

PO BOX 552
**Old Saybrook, CT 06475**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred    **2/15**    Last 4 digits of account number    **3967**

---

| 2.3 | **STERLING CREDIT** | Describe the property that secures the claim: | **$0.00** | **$6,354.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2007 LEXUS RX 350**

PO BOX 948115
**Maitland, FL 32794**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred    **10/15**    Last 4 digits of account number    **8401**

---

| 2.4 | **SUNBELT CREDIT** | Describe the property that secures the claim: | **$675.91** | **$700.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**HOUSEHOLD GOODS: 522(F) VOIDABLE**

**5114 FAIRFIELD ROAD**
**Columbia, SC 29203**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred    **1/16**    Last 4 digits of account number    **6563**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$9,130.33**

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor 1  **Mahalia Williams Dykes**                          Case number (if known)  **17-02843**
_____
First Name      Middle Name      Last Name

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:                                        | $9,130.33 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**SUNBELT CREDIT**
**PO BOX 1893**
**Spartanburg, SC 29304**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

☐
Name, Number, Street, City, State & Zip Code
**TRIBUTE ACQUISITIONS**
**PO BOX 167762**
**Irving, TX 75016**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Mahalia Williams Dykes** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **17-02843** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **IRS** | Last 4 digits of account number **6563** | **$16,664.46** | **$16,664.46** | **$0.00** |

| Priority Creditor's Name | |
|---|---|
| **PO BOX 7346** | When was the debt incurred?    **2014** |
| **Philadelphia, PA 19101-7346** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt? Check one.** | ☐ Contingent |
| ☑ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ Check if this claim is for a community debt | ☑ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ☑ No | ☐ Other. Specify _____ |
| ☐ Yes | **Federal Income Taxes** |

Debtor 1   **Mahalia Williams Dykes**                                           Case number (if known)   **17-02843**

| 2.2 | **RICHLAND COUNTY TREASURER** | Last 4 digits of account number | **6563** | **$320.71** | **$320.71** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 11947**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt    ☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No                                      ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                     ☐ Other. Specify

**Property Taxes**

| 2.3 | **SC DEPT OF REVENUE** | Last 4 digits of account number | **6563** | **$4,452.08** | **$4,452.08** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO BOX 12265**
**Columbia, SC 29211**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                           ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only              ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt    ☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No                                      ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                     ☐ Other. Specify

**State Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Mahalia Williams Dykes**                                    Case number (if known)  **17-02843**

---

| **4.1** | **ALLIED INTERSTATE** | Last 4 digits of account number   **2946** | | **$0.00** |

Nonpriority Creditor's Name
**575 UNDERHILL BLVD
SUITE 224
Syosset, NY 11791**
Number Street City State Zip Code

**When was the debt incurred?**   **3/13**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
  **debt**                                        ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  ■ Other. Specify   **Notice Only**

---

| **4.2** | **COMENITY BANK** | Last 4 digits of account number   **6563** | | **$582.53** |

Nonpriority Creditor's Name
**PO BOX 659728
San Antonio, TX 78265**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
  **debt**                                        ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  ■ Other. Specify   **Collections**

---

| **4.3** | **LEXINGTON MEDICAL CENTER** | Last 4 digits of account number   **7183** | | **$27.82** |

Nonpriority Creditor's Name
**PO BOX 100273
Columbia, SC 29202**
Number Street City State Zip Code

**When was the debt incurred?**   **1/12**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
  **debt**                                        ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims
☐ Yes                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  ■ Other. Specify   **Medical Bills**

---

Debtor 1  **Mahalia Williams Dykes** _____    Case number (if known)  **17-02843**

| | | | |
|---|---|---|---|
| **4.4** | **NAVIENT** | Last 4 digits of account number  **6563** _____ | **$6,431.62** |

Nonpriority Creditor's Name
**PO BOX 9430**
**Wilkes Barre, PA 18773**

When was the debt incurred?  **1/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Student Loan**

| | | | |
|---|---|---|---|
| **4.5** | **NAVIENT** | Last 4 digits of account number  **6563** _____ | **$39,638.45** |

Nonpriority Creditor's Name
**PO BOX 9635**
**Wilkes Barre, PA 18773**

When was the debt incurred?  **1/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

**Student Loan**

| | | | |
|---|---|---|---|
| **4.6** | **NOBLE COOPER** | Last 4 digits of account number  **6563** _____ | **$0.00** |

Nonpriority Creditor's Name
**1415 PINE STREET**
**Columbia, SC 29204**

When was the debt incurred?  **1/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Notice Only** _____

Debtor 1  **Mahalia Williams Dykes**                                     Case number (if known)    **17-02843**

| 4.7 | **PALMETTO HEALTH COLUMBIA** | Last 4 digits of account number  **6707** | **$263.07** |

Nonpriority Creditor's Name
**PO BOX 744244**
**Atlanta, GA 30374**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical Collection Bill**

---

| 4.8 | **PELICAN AUTO FINANCE** | Last 4 digits of account number  **6563** | **$8,292.19** |

Nonpriority Creditor's Name
**PO BOX 781518**
**Philadelphia, PA 19178**

When was the debt incurred?    **1/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Repossession Deficiency**

---

| 4.9 | **PRISMA HEALTH** | Last 4 digits of account number  **3779** | **$392.00** |

Nonpriority Creditor's Name
**PO BOX 2266**
**Columbia, SC 29202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical Bills**

---

Debtor 1   **Mahalia Williams Dykes**                                      Case number (if known)   **17-02843**

---

| 4.1 0 | **PROGRESSIVE LEASING** | Last 4 digits of account number   **6418** | $1,674.76 |

Nonpriority Creditor's Name

**256 WEST DATA DRIVE**

**Draper, UT 84020**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

| 4.1 1 | **RECEIVABLE MANAGEMENT CORPORATION** | Last 4 digits of account number   **4164** | $1,155.63 |

Nonpriority Creditor's Name

**1601 D SHOP ROAD**

**Columbia, SC 29201**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

| 4.1 2 | **RECEIVABLE SOLUTIONS** | Last 4 digits of account number   **0097** | $765.11 |

Nonpriority Creditor's Name

**PO BOX 21808**

**Columbia, SC 29221**

When was the debt incurred?   **1/13**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

Debtor 1  **Mahalia Williams Dykes**                                    Case number (if known)  **17-02843**

---

| 4.1 3 | **RENTDEBT AUTOMATED COLLECTIONS** | Last 4 digits of account number  **5804** | | $5,313.07 |

Nonpriority Creditor's Name

**2802 OPRYLAND DRIVE**
**Nashville, TN 37214**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

| 4.1 4 | **SPRINT** | Last 4 digits of account number  **6563** | | $1,659.24 |

Nonpriority Creditor's Name

**PO BOX 7949**
**Overland Park, KS 66207**

Number Street City State Zip Code

When was the debt incurred?  **1/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Services**

---

| 4.1 5 | **TRAVELERS** | Last 4 digits of account number  **6563** | | $305.32 |

Nonpriority Creditor's Name

**PO BOX 55126**
**Boston, MA 02205**

Number Street City State Zip Code

When was the debt incurred?  **12/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Services**

---

Debtor 1  **Mahalia Williams Dykes**                                           Case number (if known)  **17-02843**

| 4.16 | **WELLS FARGO** | Last 4 digits of account number  **6563** | **$188.45** |

Nonpriority Creditor's Name

PO BOX 45038
Jacksonville, FL 32232

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **1/10**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Line of Credit**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ATTORNEY GENERAL OF UNITED STATES**
**950 PENNSYLVANIA AVE, NW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
  ■ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US ATTORNEY'S OFFICE**
**ATTN DOUG BARNETT**
**1441 MAIN ST STE 500**
**Columbia, SC 29201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
  ■ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 21,437.25 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 21,437.25 |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | Total Claim   $ 46,070.07 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 20,619.19 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 66,689.26 |

---

Debtor 1   **Mahalia Williams Dykes**                                    Case number (*if known*)   **17-02843**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................. | 4. | $ 4,199.99 | $ N/A |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 307.65 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 151.36 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 18.68 | $ N/A |
| 5e. | Insurance | 5e. | $ 203.89 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 681.58   $ N/A

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 3,518.41   $ N/A

8.  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ N/A |

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ N/A

10.  **Calculate monthly income.** Add line 7 + line 9.   10.   $ 3,518.41  +  $ N/A  =  $ 3,518.41
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:   11.   +$ 0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ 3,518.41
**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
■   No.
☐   Yes. Explain:   DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.

| Charter Communications, LLC | Pay Group: | MXN-Marketing NonExempt | Business Unit: | MRKTG |
| 7800 Crescent Executive Dr | Pay Begin Date: | 12/13/2019 | Advice #: | 68119864 |
| Charlotte, NC 28217 | Pay End Date: | 12/26/2019 | Advice Date: | 01/02/2020 |

| | | TAX DATA: | Federal | SC State |
| Mahalia Dykes | Employee ID: 1180170 | Tax Status: | Exempt | Exempt |
| 4920 hardscrabble rd | Department: 660-Residential Retention | Allowances: | | |
| Apt 1207 | Location: 3347 Platt Springs Rd | Addl. Percent: | | |
| Columbia, SC 29229 | | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Reg-Hrly | 20.000000 | 46.55 | 931.00 | 46.55 | 931.00 | Fed Withholding | 0.00 | 0.00 |
| Hol-Hrly | 20.000000 | 8.00 | 160.00 | 8.00 | 160.00 | Fed MED/EE | 14.34 | 14.34 |
| LveWO-Hrly | | 22.88 | 0.00 | 22.88 | 0.00 | Fed OASDI/EE | 61.33 | 61.33 |
| Life Imp | | | 13.30 | | 13.30 | SC Withholding | 0.00 | 0.00 |
| Sick-Hrly | 20.000000 | 2.00 | 40.00 | 2.00 | 40.00 | | | |
| Shft2-Hrly | | | 4.50 | | 4.50 | | | |
| **TOTAL:** | | 79.43 | 1,135.50 | 79.43 | 1,135.50 | **TOTAL:** | 75.67 | 75.67 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401K Contribution Pretax | 56.78 | 56.78 | Voluntary Legal | 5.42 | 5.42 | 401k Company Match | 56.78 | 56.78 |
| Dental Before-Tax | 6.27 | 6.27 | Garn-Bankruptcy | 329.54 | 329.54 | RAP Supplemental Contribution | 34.07 | 34.07 |
| FSA Health Care | 103.85 | 103.85 | Charter 401K Loan1 | 11.63 | 11.63 | | | |
| Medical Before-Tax | 47.90 | 47.90 | Purchasing Power Deduction | 123.05 | 123.05 | | | |
| Vision Before-Tax | 1.52 | 1.52 | | | | | | |
| **TOTAL:** | 216.32 | 216.32 | **TOTAL:** | 469.64 | 469.64 | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,135.50 | 932.48 | 75.67 | 685.96 | 373.87 |
| YTD | 1,135.50 | 932.48 | 75.67 | 685.96 | 373.87 |

## NET PAY DISTRIBUTION

| Payment Type  Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #68119864 | Checking | xxxxx5036 | 373.87 |
| **TOTAL:** | | | 373.87 |

| VACATION HOURS | | SICK HOURS | | PERSONAL HOURS | |
|---|---|---|---|---|---|
| Description | YTD | Description | YTD | Description | YTD |
| Projected Annual Accrual and Prior Year Carry Over Hrs | 78.46 | Available Balance | 1.86 | Projected Annual Hours | 0.00 |
| | | | | Available Balance | 0.00 |
| Current Balance* | 0.69 | | | | |

*Current Balance = Hours Earned - Hours Taken +/- Hours Adjusted + Prior Year Carry Over
*****Please call 1-866-892-8922 for payroll questions.*****
Questions about Concur Travel & Expense should be sent to ConcurInquiries@charter.com or call 314-288-3393. Questions about Benefits, please call 1-877-892-2367.

| Charter Communications, LLC | | | Pay Group: | MXN-Marketing NonExempt | | Business Unit: | MRKTG | |
|---|---|---|---|---|---|---|---|---|
| 7800 Crescent Executive Dr | | | Pay Begin Date: | 11/29/2019 | | Advice #: | 68005068 | |
| Charlotte, NC 28217 | | | Pay End Date: | 12/12/2019 | | Advice Date: | 12/19/2019 | |

| | | | | | | TAX DATA: | Federal | SC State |
|---|---|---|---|---|---|---|---|---|
| Mahalia Dykes | | | Employee ID: | 1180170 | | Tax Status: | Exempt | Exempt |
| 4920 hardscrabble rd | | | Department: | 660-Residential Retention | | Allowances: | | |
| Apt 1207 | | | Location: | 3347 Platt Springs Rd | | Addl. Percent: | | |
| Columbia, SC 29229 | | | | | | Addl. Amount: | | |

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Reg-Hrly | | | 20.000000 | 53.95 | 1,079.00 | 1,071.26 | 21,425.20 | Fed Withholdng | 0.00 | 0.00 |
| Ot-Hrly | 08/30/2019 | 09/05/2019 | 30.845024 | -6.13 | -189.08 | | 0.00 | Fed MED/EE | 30.49 | 699.76 |
| Ot-Hrly | 08/30/2019 | 09/05/2019 | 33.725938 | 6.13 | 206.74 | 26.81 | 890.26 | Fed OASDI/EE | 130.38 | 2,992.07 |
| Sick-Hrly | | | 20.000000 | 1.75 | 35.00 | -43.99 | 879.80 | SC Withholding | 0.00 | 0.00 |
| Vac-Hrly | | | 20.000000 | 0.52 | 10.40 | 77.77 | 1,555.40 | | | |
| LveWO-Hrly | | | 27.25 | | | 817.32 | 0.00 | | | |
| Comm Supp | 08/30/2019 | 09/26/2019 | | | 1,062.86 | | 9,740.27 | | | |
| Life Imp | | | 13.30 | | | | 243.17 | | | |
| Pers-Hrly | | | | 0.00 | | 40.00 | 800.00 | | | |
| Hol-Hrly | | | | 0.00 | | 48.00 | 960.00 | | | |
| Shft2-Hrly | | | | 0.00 | | | 12.33 | | | |
| Hol Prem | | | | 0.00 | | 15.85 | 475.50 | | | |
| Brvm-Hrly | | | | 0.00 | | 38.00 | 760.00 | | | |
| CONTINUED NEXT PAGE | | | | | | | | TOTAL: | 160.87 | 3,691.83 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401K Contribution Pretax | 110.25 | 1,816.34 | Garn-Bankruptcy | 329.54 | 8,238.50 | 401k Company Match | 110.25 | 1,816.34 |
| Dental Before-Tax | 6.27 | 106.59 | Charter 401K Loan1 | 11.63 | 224.14 | RAP Supplemental Contribution | 66.15 | 1,138.10 |
| FSA Health Care | 59.56 | 1,500.00 | Purchasing Power Deduction | 131.82 | 5,711.02 | | | |
| Medical Before-Tax | 47.90 | 814.30 | Voluntary Legal | 0.00 | 38.78 | | | |
| Vision Before-Tax | 1.52 | 25.84 | | | | | | |
| TOTAL: | 225.50 | 4,263.07 | TOTAL: | 472.99 | 14,212.44 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,204.92 | 1,992.72 | 160.87 | 698.49 | 1,345.56 |
| YTD | 50,399.83 | 46,442.93 | 3,691.83 | 18,475.51 | 28,232.49 |

## NET PAY DISTRIBUTION

| Payment Type   Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #68005068 | Checking | xxxxx9036 | 1,345.56 |
| | | | |
| TOTAL: | | | 1,345.56 |

| VACATION HOURS | | SICK HOURS | | PERSONAL HOURS | |
|---|---|---|---|---|---|
| Description | YTD | Description | YTD | Description | YTD |
| Projected Annual Accrual and Prior Year Carry Over Hrs | 78.46 | Available Balance | 2.07 | Projected Annual Hours | 32.00 |
| | | | | Available Balance | 8.00- |
| Current Balance* | 3.93- | | | | |

*Current Balance = Hours Earned - Hours Taken +/- Hours Adjusted + Prior Year Carry Over
*****Please call 1-866-892-8922 for payroll questions.*****
Questions about Concur Travel & Expense should be sent to ConcurInquiries@charter.com or call 314-288-3393. Questions about Benefits, please call 1-877-892-2367.

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

| Pay Group: | MXN-Marketing NonExempt |
| Pay Begin Date: | 11/15/2019 |
| Pay End Date: | 11/28/2019 |

| Business Unit: | MRKTG |
| Advice #: | 67905953 |
| Advice Date: | 12/05/2019 |

Mahalia Dykes
4920 hardscrabble rd
Apt I207
Columbia, SC 29229

| Employee ID: | 1180170 |
| Department: | 660-Residential Retention |
| Location: | 3347 Platt Springs Rd |

| TAX DATA: | | Federal | SC State |
|---|---|---|---|
| Tax Status: | | Exempt | Exempt |
| Allowances: | | | |
| Addl. Percent: | | | |
| Addl. Amount: | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Reg-Hrly | 20.000000 | 44.90 | 898.00 | 1,017.31 | 20,346.20 |
| Hol-Hrly | 20.000000 | 8.00 | 160.00 | 48.00 | 960.00 |
| Shft2-Hrly | | | 8.55 | | 12.33 |
| LveWO-Hrly | | 24.99 | 0.00 | 790.07 | 0.00 |
| Life Imp | | | 13.30 | | 229.87 |
| Sick-Hrly | 20.000000 | 2.50 | 50.00 | 42.24 | 844.80 |
| Ot-Hrly | | | 0.00 | 26.81 | 872.60 |
| Vac-Hrly | | | 0.00 | 77.25 | 1,545.00 |
| Pers-Hrly | | | 0.00 | 40.00 | 800.00 |
| Hol Prem | | | 0.00 | 15.85 | 475.50 |
| Brvm-Hrly | | | 0.00 | 38.00 | 760.00 |
| Lump Sum M | | | 0.00 | | 936.00 |
| Refer Bns | | | 0.00 | | 500.00 |
| **CONTINUED NEXT PAGE** | | | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 14.40 | 668.98 |
| Fed OASDI/EE | 61.59 | 2,860.48 |
| SC Withholding | 0.00 | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL:** | 75.99 | 3,529.46 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Contribution Pretax | 55.83 | 1,706.09 |
| Dental Before-Tax | 6.27 | 100.32 |
| FSA Health Care | 80.77 | 1,440.44 |
| Medical Before-Tax | 47.90 | 766.40 |
| Vision Before-Tax | 1.52 | 24.32 |
| | | |
| **TOTAL:** | 192.29 | 4,037.57 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gam-Bankruptcy | 329.54 | 7,908.96 |
| Charter 401K Loan1 | 11.63 | 212.51 |
| Purchasing Power Deduction | 136.39 | 5,579.20 |
| Voluntary Legal | 0.00 | 38.78 |
| | | |
| | | |
| **TOTAL:** | 477.56 | 13,739.45 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Company Match | 55.83 | 1,706.09 |
| RAP Supplemental Contribution | 33.50 | 1,071.95 |
| | | |
| | | |
| | | |
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,116.55 | 937.56 | 75.99 | 669.85 | 370.71 |
| YTD | 48,193.41 | 44,430.71 | 3,529.46 | 17,777.02 | 26,886.93 |

## NET PAY DISTRIBUTION

| Payment Type  Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #67905953 | Checking | xxxxx9036 | 370.71 |

| **TOTAL:** | | | 370.71 |

| VACATION HOURS | | SICK HOURS | | PERSONAL HOURS | |
|---|---|---|---|---|---|
| Description | YTD | Description | YTD | Description | YTD |
| Projected Annual Accrual and Prior Year Carry Over Hrs | 78.46 | Available Balance | 1.75 | Projected Annual Hours | 32.00 |
| | | | | Available Balance | 8.00- |
| Current Balance* | 8.02- | | | | |

*Current Balance = Hours Earned - Hours Taken +/- Hours Adjusted + Prior Year Carry Over
*****Please call 1-866-892-8922 for payroll questions.*****
Questions about Concur Travel & Expense should be sent to ConcurInquiries@charter.com or call 314-288-3393. Questions about Benefits, please call 1-877-892-2367.

## Earnings Statement

**Charter**
COMMUNICATIONS

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

| | |
|---|---|
| Period Beg/End: | Page 001 of 001 |
| | 11/15/2019 - 11/28/2019 |
| Advice Date: | 12/05/2019 |
| Advice Number: | 0067905953 |
| Batch Number: | 000000000750 |

Exemptions   Addl Amt   Addl %
Fed:     Exempt
SC(W):   Exempt

Dykes, Mahalia
4920 hardscrabble rd
Apt 1207
Columbia, SC 29229

For inquiries on this statement please call: 877-892-4372

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Reg-Hrly | 20.0000 | 44.90 | 898.00 | 20346.20 |
| Sick-Hrly | 20.0000 | 2.50 | 50.00 | 844.80 |
| Shft2-Hrly | 20.0000 | | 8.55 | 12.33 |
| LveWO-Hrly | | 24.99 | | |
| Life Imp | | | 13.30 | 229.87 |
| Hol-Hrly | 20.0000 | 8.00 | 160.00 | 960.00 |
| Pers-Hrly | | | | 800.00 |
| Brvm-Hrly | | | | 760.00 |
| Refer Bns | | | | 500.00 |
| IncentMktg | | | | 18.00 |
| Gross STD | | | | 11377.84 |
| Other Earns | | | | 23997.08 |
| Total Pay | | 80.39 | 1116.85 | 48193.11 |

| Other Deductions | Current | Year-to-Date |
|---|---|---|
| *401K Pre | 55.83 | 1706.09 |
| *Den BTax | 6.27 | 100.32 |
| *FSA Hlth | 80.77 | 1440.44 |
| *Med BTax | 47.90 | 766.40 |
| *Vis BTax | 1.52 | 24.32 |
| Garn | 329.54 | 7908.96 |
| 401K Loan1 | 11.63 | 212.51 |
| Purchasing | 136.39 | 5579.20 |
| ARAG | 0.00 | 38.78 |

**Taxes**

| | | Current | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 0.00 | 0.00 |
| Fed MED/EE | | 14.40 | 668.98 |
| Fed OASDI/EE | | 61.59 | 2860.48 |
| SC Withholdng | | 0.00 | 0.00 |

| Total Deductions | 669.85 | 17777.02 |
|---|---|---|

*Excluded from taxable wages

| Net Pay | 370.71 | 26886.93 |
|---|---|---|

| Total Taxes | 75.99 | 3529.46 |
|---|---|---|

**Employer Paid Benefits**

| 401K Pre | 55.83 | 1706.09 |
|---|---|---|
| RAPSuppCon | 33.50 | 1071.95 |
| Total | 89.33 | 2778.04 |

**Paid Time Off**

| Vacation Balance | 8.02- |
|---|---|
| Sick Balance | 1.75 |
| Personal Balance | 8.00- |

**Direct Deposit Summary**

Deposit Che  XXXXX9036           370.71


©1998, 2006, ADP, LLC. All Rights Reserved.

▼ TEAR HERE

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Charter
COMMUNICATIONS

**Charter Communications, LLC**
7800 Crescent Executive Dr
Charlotte, NC 28217

| CO | FILE # |
|----|--------|
| HSB | 0011601/0 |

# Earnings Statement

| | |
|---|---|
| Period Beg/End: | 11/01/2019 - 11/14/2019 |
| Advice Date: | 11/21/2019 |
| Advice Number: | 0067802081 |
| Batch Number: | 000000000741 |

Page 001 of 001

Exemptions    Addl Amt  Addl %
Fed:    Exempt
SC(W): Exempt

Dykes, Mahalia
4920 hardscrabble rd
Apt 1207
Columbia, SC 29229

For inquiries on this statement please call: 877-892-4372



| Earnings | Rate | Hours | Current | Year-to-Date |
|----------|------|-------|---------|--------------|
| Reg-Hrly | 20.0000 | 64.57 | 1291.40 | 19448.20 |
| LveWO-Hrly | | 14.08 | | |
| Life Imp | | | 13.30 | 216.57 |
| Sick-Hrly | 20.0000 | 2.25 | 45.00 | 794.80 |
| Shft2-Hrly | 20.0000 | | 3.78 | 3.78 |
| Pers-Hrly | | | | 800.00 |
| Brvm-Hrly | | | | 760.00 |
| Refer Bns | | | | 500.00 |
| IncentMktg | | | | 18.00 |
| Gross STD | | | | 11377.84 |
| Net STD Hr | | | | 11377.84 |
| Other Earns | | | | 13419.24 |
| **Gross Pay** | | 80.90 | 1340.18 | 47078.86 |

| Taxes | | Current | Year-to-Date |
|-------|---|---------|--------------|
| Fed Withholdng | | 0.00 | 0.00 |
| Fed MED/EE | | 17.65 | 654.58 |
| Fed OASDI/EE | | 75.45 | 2798.89 |
| SC Withholdng | | 0.00 | 0.00 |

| **Total Taxes** | 93.10 | 3453.47 |
|---|---|---|

| Paid Time Off | |
|---------------|---|
| Vacation Balance | 12.64- |
| Sick Balance | 2.52 |
| Personal Balance | 8.00- |

| Other Deductions | Current | Year-to-Date |
|------------------|---------|--------------|
| *401K Pre | 67.01 | 1650.26 |
| *Den BTax | 6.27 | 94.05 |
| *FSA Hlth | 80.77 | 1359.67 |
| *Med BTax | 47.90 | 718.50 |
| *Vis BTax | 1.52 | 22.80 |
| Garn | 329.54 | 7579.42 |
| 401K Loan1 | 11.63 | 200.88 |
| Purchasing | 151.50 | 5442.81 |
| ARAG | 0.00 | 38.78 |

| **Total Deductions** | 696.14 | 17107.17 |
|---|---|---|
*Excluded from taxable wages
Net Pay          550.94      26516.22

| Employer Paid Benefits | Current | Year-to-Date |
|------------------------|---------|--------------|
| 401K Pre | 67.01 | 1650.26 |
| RAPSuppCon | 40.21 | 1038.45 |

| **Total** | 107.22 | 2688.71 |
|---|---|---|

**Direct Deposit Summary**
Deposit  Che  XXXXX9036          550.94

@1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARKER AT TOP TO LIGHTER AT BOTTOM.

Charter Communications, LLC
7800 Crescent Executive Dr
Charlotte, NC 28217

| Pay Group: | MXN-Marketing NonExempt |
| Pay Begin Date: | 10/18/2019 |
| Pay End Date: | 10/31/2019 |

| Business Unit: | MRKTG |
| Advice #: | 67702881 |
| Advice Date: | 11/07/2019 |

Mahalia Dykes
4920 hardscrabble rd
Apt 1207
Columbia, SC 29229

| Employee ID: | 1180170 |
| Department: | 660-Residential Retention |
| Location: | 3347 Platt Springs Rd |

| TAX DATA: | Federal | SC State |
| Tax Status: | Exempt | Exempt |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | | |
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Reg-Hrly | | | 20.000000 | 54.73 | 1,094.60 | 907.84 | 18,156.80 |
| Ot-Hrly | 08/09/2019 | 08/15/2019 | 33.363426 | 4.32 | 144.13 | 26.81 | 872.60 |
| Ot-Hrly | 08/02/2019 | 08/15/2019 | 30.000000 | -8.95 | -268.50 | | 0.00 |
| Ot-Hrly | 08/02/2019 | 08/08/2019 | 33.339093 | 4.63 | 154.36 | | 0.00 |
| Sick-Hrly | | | 20.000000 | 2.25 | 45.00 | 37.49 | 749.80 |
| LveWO-Hrly | | | | 26.03 | 0.00 | 751.00 | 0.00 |
| Comm Supp | 07/26/2019 | 08/22/2019 | | | 1,192.15 | | 8,677.41 |
| Life Imp | | | | | 13.30 | | 203.27 |
| Vac-Hrly | | | | | 0.00 | 77.25 | 1,545.00 |
| Pers-Hrly | | | | | 0.00 | 40.00 | 800.00 |
| Hol-Hrly | | | | | 0.00 | 40.00 | 800.00 |
| Hol Prem | | | | | 0.00 | 15.85 | 475.50 |
| Brvm-Hrly | | | | | 0.00 | 38.00 | 760.00 |
| CONTINUED NEXT PAGE | | | | | | | |

### TAXES

| Description | Current | YTD |
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 32.46 | 636.93 |
| Fed OASDI/EE | 138.80 | 2,723.44 |
| SC Withholdng | 0.00 | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL: | 171.26 | 3,360.37 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| 401K Contribution Pretax | 118.09 | 1,583.25 |
| Dental Before-Tax | 6.27 | 87.78 |
| FSA Health Care | 80.77 | 1,278.90 |
| Medical Before-Tax | 47.90 | 670.60 |
| Vision Before-Tax | 1.52 | 21.28 |
| | | |
| | | |
| | | |
| TOTAL: | 254.55 | 3,641.81 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| Garn-Bankruptcy | 329.54 | 7,249.88 |
| Charter 401K Loan1 | 11.63 | 189.25 |
| Purchasing Power Deduction | 151.50 | 5,291.31 |
| Voluntary Legal | 0.00 | 38.78 |
| | | |
| | | |
| | | |
| | | |
| TOTAL: | 492.67 | 12,769.22 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| 401k Company Match | 118.09 | 1,583.25 |
| RAP Supplemental Contribution | 70.85 | 998.24 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| Current | 2,361.74 | 2,120.49 | 171.26 | 747.22 | 1,443.26 |
| YTD | 45,736.68 | 42,343.14 | 3,360.37 | 16,411.03 | 25,965.28 |

### NET PAY DISTRIBUTION

| Payment Type  Advice Number | Account Type | Account Number | Amount |
| Advice #67702881 | Checking | xxxxx9036 | 1,443.26 |
| | | | |
| | | | |
| TOTAL: | | | 1,443.26 |

| VACATION HOURS | | SICK HOURS | | PERSONAL HOURS | |
| Description | YTD | Description | YTD | Description | YTD |
| Projected Annual Accrual and Prior Year Carry Over Hrs | 78.46 | Available Balance | 2.29 | Projected Annual Hours | 32.00 |
| | | | | Available Balance | 8.00- |
| Current Balance* | 17.25- | | | | |

*Current Balance = Hours Earned - Hours Taken +/- Hours Adjusted + Prior Year Carry Over
*****Please call 1-866-892-8922 for payroll questions.*****
Questions about Concur Travel & Expense should be sent to ConcurInquiries@charter.com or call 314-288-3393. Questions about Benefits, please call 1-877-892-2367.

**Charter Communications, LLC**
7800 Crescent Executive Dr
Charlotte, NC 28217

| Pay Group: | MXN-Marketing NonExempt |
|---|---|
| Pay Begin Date: | 10/04/2019 |
| Pay End Date: | 10/17/2019 |

| Business Unit: | MRKTG |
|---|---|
| Advice #: | 67605870 |
| Advice Date: | 10/24/2019 |

| TAX DATA: | Federal | SC State |
|---|---|---|
| Tax Status: | Exempt | Exempt |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

**Mahalia Dykes**
4920 hardscrabble rd
Apt 1207
Columbia, SC 29229

| Employee ID: | 1180170 |
|---|---|
| Department: | 660-Residential Retention |
| Location: | 3347 Platt Springs Rd |

### HOURS AND EARNINGS

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Reg-Hrly | 20.000000 | 60.03 | 1,200.60 | 853.11 | 17,062.20 |
| Vac-Hrly | 20.000000 | 8.00 | 160.00 | 77.25 | 1,545.00 |
| LveWO-Hrly | | 20.58 | 0.00 | 724.97 | 0.00 |
| Life Imp | | 13.30 | | | 189.97 |
| Sick-Hrly | 20.000000 | 2.00 | 40.00 | 35.24 | 704.80 |
| Ot-Hrly | | 0.00 | | 26.81 | 842.61 |
| Pers-Hrly | | 0.00 | 0.00 | 40.00 | 800.00 |
| Hol-Hrly | | 0.00 | 0.00 | 40.00 | 800.00 |
| Hol Prem | | 0.00 | 0.00 | 15.85 | 475.50 |
| Brvm-Hrly | | 0.00 | 0.00 | 38.00 | 760.00 |
| Lump Sum M | | 0.00 | | | 936.00 |
| Refer Bns | | 0.00 | | | 500.00 |
| Comm Supp | | 0.00 | | | 7,485.26 |
| CONTINUED NEXT PAGE | | | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 18.52 | 604.47 |
| Fed OASDI/EE | 79.20 | 2,584.64 |
| SC Withholding | 0.00 | 0.00 |
| | | |
| **TOTAL:** | 97.72 | 3,189.11 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Contribution Pretax | 70.03 | 1,465.16 |
| Dental Before-Tax | 6.27 | 81.51 |
| FSA Health Care | 80.77 | 1,198.13 |
| Medical Before-Tax | 47.90 | 622.70 |
| Vision Before-Tax | 1.52 | 19.76 |
| **TOTAL:** | 206.49 | 3,387.26 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gam-Bankruptcy | 329.54 | 6,920.34 |
| Charter 401K Loan1 | 11.63 | 177.62 |
| Purchasing Power Deduction | 151.50 | 5,139.81 |
| Voluntary Legal | 0.00 | 38.78 |
| **TOTAL:** | 492.67 | 12,276.55 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Company Match | 70.03 | 1,465.16 |
| RAP Supplemental Contribution | 42.02 | 927.39 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,400.60 | 1,207.41 | 97.72 | 699.16 | 603.72 |
| YTD | 43,374.94 | 40,222.65 | 3,189.11 | 15,663.81 | 24,522.02 |

### NET PAY DISTRIBUTION

| Payment Type  Advice Number | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #67605870 | Checking | xxxxx9036 | 603.72 |
| **TOTAL:** | | | 603.72 |

### VACATION HOURS

| Description | YTD |
|---|---|
| Projected Annual Accrual and Prior Year Carry Over Hrs | 78.46 |
| Current Balance* | 21.87- |

### SICK HOURS

| Description | YTD |
|---|---|
| Available Balance | 2.43 |

### PERSONAL HOURS

| Description | YTD |
|---|---|
| Projected Annual Hours | 32.00 |
| Available Balance | 8.00- |

*Current Balance = Hours Earned - Hours Taken +/- Hours Adjusted + Prior Year Carry Over
*****Please call 1-866-892-8922 for payroll questions.*****
Questions about Concur Travel & Expense should be sent to ConcurInquiries@charter.com or call 314-288-3393. Questions about Benefits, please call 1-877-892-2367.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mahalia Williams Dykes** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **17-02843** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.        ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Granddaughter | 8 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,100.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | __Mahalia Williams Dykes__ | Case number (if known) | __17-02843__ |

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 69.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 612.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 138.00 |
| 10. | **Personal care products and services** | 10. $ | 63.00 |
| 11. | **Medical and dental expenses** | 11. $ | 185.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 396.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **AUTO PROPERTY TAXES** | 16. $ | 45.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 3,383.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,383.00 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 3,518.41 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,383.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 135.41 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    | Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

**Mahalia Williams Dykes**

(Set forth here all names including married,
maiden, and trade names used by debtor within
the last 8 years.)

DEBTOR(S)

Address:
**7602 Huntclub Road, Apt 102**
**Columbia, SC 29223**

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s)., (if any):
**6563**

Case No. **17-02843**
Chapter 13

### SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. §329 and Fed. Bankr. R.P. 2016(b), I certify that I am the attorney for the above names debtor(s) and that I have received the funds below as compensation for services rendered or to be rendered on behalf of the debtor(s) in connection with the above-captioned case.

For legal services, I have received: $399.00 from the debtor(s) to represent her in her case.

In return for the above-disclosed fee, I have agreed to render the following legal service(s) for the debtor(s):

Conversion of case from Chapter 13 to Chapter 7

I certify that the foregoing is a complete statement of my arrangement with the debtor(s) for the payment of the above-mentioned services rendered for the above-mentioned fee.

/s/ Jason T Moss
Jason T Moss
Attorney for the Debtor(s)
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202
District Court I.D. # 7240

January 10, 2020

Fill in this information to identify your case:

| Debtor 1 | **Mahalia Williams Dykes** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **17-02843**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Mahalia Williams Dykes**                    X _____
**Mahalia Williams Dykes**                             Signature of Debtor 2
Signature of Debtor 1

Date    **January 10, 2020**                          Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

**Mahalia Williams Dykes**

(Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.)

DEBTOR(S)

Address:
**7602 Huntclub Road
Columbia, SC 29223**

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any):
**6563**

CASE NO: **17-02843-jw**

CHAPTER 13

**CERTIFICATE OF SERVICE**

     THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING NOTICE OF AMENDED SCHEDULES AND STATEMENTS AS SHOWN ON THE ATTACHED STATEMENT OF CHANGE ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID.

William K. Stephenson via (CM/ECF)
Chapter 13 Trustee
PO Box 8477
Columbia, SC 29202

Carolina Title Loans
7118 Two Notch Road
Columbia, SC 29223

Receivable Management Corporation
1601 D Shop Road
Columbia, SC 29201

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Comenity
PO Box 659728
San Antonio, TX 78265

Palmetto Health
PO Box 744244
Atlanta, GA 30374

Prisma Health
PO Box 2266
Columbia, SC 29202

RentDebt Automated
2802 Opryland Drive
Nashville, SC 37214

Date: January 10, 2020

/s/ Jamie A. Weller
Bankruptcy Paralegal
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201

```
Label Matrix for local noticing      Capital Asset Recovery          (p)JEFFERSON CAPITAL SYSTEMS LLC
0420-3                               P. O. Box 192585                PO BOX 7999
Case 17-02843-jw                     Dallas, TX 75219-8523           SAINT CLOUD MN 56302-7999
District of South Carolina
Columbia
Fri Jan 10 12:15:58 EST 2020

J. Bratton Davis United States       ALLIED INTERSTATE               ATTORNEY GENERAL OF UNITED STATES
Bankruptcy Courthouse                575 UNDERHILL BLVD              950 PENNSYLVANIA AVE, NW
1100 Laurel Street                   SUITE 224                       Washington DC 20530-0001
Columbia, SC 29201-2423              Syosset NY 11791-3416


Carolina Title Loans, Inc.           DARYELLE WILLIAMS               IRS
C/O Legal Dept                       2633 MAY BANK STREER            PO BOX 7346
8601Dunwoody Place                   Columbia SC 29203               Philadelphia PA 19101-7346
Ste. 406
Atlanta, GA 30350-2550

LEXINGTON MEDICAL CENTER              NAVIENT                        NAVIENT
PO BOX 100273                        PO BOX 9430                     PO BOX 9635
Columbia SC 29202-3273               Wilkes Barre PA 18773-9430      Wilkes Barre PA 18773-9635


NOBLE COOPER                         Navient Solutions LLC obo the dept of educat   (p)ASCENDIUM EDUCATION SOLUTIONS  INC
1415 PINE STREET                     Navient Solutions LLC          PO BOX 8961
Columbia SC 29204-1847               Department of Education Loan Services   MADISON WI 53708-8961
                                     PO BOX 9635
                                     Wilkes-Barre, PA 18773-9635

PELICAN AUTO FINANCE                 PELICAN AUTO FINANCE           RECEIVABLE SOLUTIONS
C/O COBAR ACQUISITIONS, LLC          PO BOX 781518                  PO BOX 21808
25 HIGHLAND PARK VILLAGE 100-201     Philadelphia PA 19178-1518     Columbia SC 29221-1808
DALLAS, TX 75205-2789

RICHLAND COUNTY TREASURER            Richland County Treasury       SC DEPT OF REVENUE
PO BOX 11947                         P O Box 11947                  PO BOX 12265
Columbia SC 29211-1947               Columbia SC 29211-1947         Columbia SC 29211-2265


SENSIBLE AUTO LENDING                SFC Central Bankruptcy         (p)SPRINT NEXTEL CORRESPONDENCE
PO BOX 552                           PO Box 1893                    ATTN BANKRUPTCY DEPT
Old Saybrook CT 06475-0552           Spartanburg, SC 29304-1893     PO BOX 7949
                                                                    OVERLAND PARK KS 66207-0949


STERLING CREDIT                      (p)SECURITY FINANCE CENTRAL BANKRUPTCY   SUNBELT CREDIT
PO BOX 948115                        P O BOX 1893                   PO BOX 1893
Maitland FL 32794-8115               SPARTANBURG SC 29304-1893      Spartanburg SC 29304-1893


Solstas Lab Partners Group, LLC      TRAVELERS                      TRIBUTE ACQUISITIONS
c/o Franklin Collection Service      PO BOX 55126                   PO BOX 167762
PO Box 3910                          Boston MA 02205-5126           Irving TX 75016-7762
Tupelo, MS 38803-3910
```

US ATTORNEY'S OFFICE
ATTN DOUG BARNETT
1441 MAIN ST STE 500
Columbia SC 29201-2862

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

WELLS FARGO
PO BOX 45038
Jacksonville FL 32232-5038


Jason T. Moss
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201-2027

Mahalia Williams Dykes
4920 Hardscrabble Road, Apt. 1207
Columbia, SC 29229-9370

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448


William K. Stephenson Jr.
PO Box 8477
Columbia, SC 29202-8477


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN  56302-9617

Navient Solutions, LLC on behalf of USA Fund
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes, Barre, PA  18773-9430


SPRINT
PO BOX 7949
Overland Park KS 66207

SUNBELT CREDIT
5114 FAIRFIELD ROAD
Columbia SC 29203

(d)Sprint Corp
ATTENTION BANKRUPTCY
PO BOX 7949
OVERLAND PARK, KS 66207-0949


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Capital Asset Recovery
PO Box 192585
Dallas, TX 75219-8523

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37